NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL THOMAS WHITE,     )
)
       Appellant,     )
)
v.     )     Case No. 2D18-2112
)
STATE OF FLORIDA,     )
)
       Appellee.     )
_____)

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.

Michael Thomas White, pro se.


PER CURIAM.

       Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Bizzell v.

State, 912 So. 2d 386 (Fla. 2d DCA 2005); Greenlee v. State, 591 So. 2d 310 (Fla. 2d

DCA 1991); Oxendine v. State, 852 So. 2d 286 (Fla. 5th DCA 2003).


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.